IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID B. PLEDGER                                                    PLAINTIFF

       v.        Civil No. 04-3084

PRESTON REECE, individually
and in his official capacity,
CITY OF HARRISON, ARKANSAS,
DANNY HICKMAN, Sheriff of Boone County,
individually and in his official
capacity, and BOONE COUNTY,
ARKANSAS                                                            DEFENDANTS

## JUDGMENT

NOW on this 9th day of November, 2005, the above referenced matter comes on for this Court's consideration of the **Separate Defendants' Motion for Summary Judgment** (document #25) filed by separate defendants, **Preston Reece** and the **City of Harrison, Arkansas**, and the various responses and replies thereto, and for reasons set forth in the Court's Memorandum Opinion of this date, finds that the motion should be, and it hereby is, **granted**. Plaintiff's complaint against **Preston Reece** and the **City of Harrison, Arkansas** is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE