IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID B. PLEDGER                                              PLAINTIFF

        v.          Civil No. 04-3084

PRESTON REECE, individually
and in his official capacity,
CITY OF HARRISON, ARKANSAS,
DANNY HICKMAN, Sheriff of Boone County,
individually and in his official
capacity, and BOONE COUNTY,
ARKANSAS                                                      DEFENDANTS

**JUDGMENT**

NOW on this 10th day of November, 2005, the above referenced matter comes on for consideration the **Motion for Summary Judgment** (document #22) filed by **Danny Hickman** and **Boone County, Arkansas**, and the various responses and replies thereto and, for the reasons set forth in the Court's Memorandum Opinion of this date, the Court finds and orders as follows:

    * that the said motion -- which the Court treated as a motion for partial summary judgment relating only to the plaintiff's constitutional claims -- should be, and it hereby is, **granted** and plaintiff's constitutional claims against Danny Hickman and Boone County, Arkansas should be, and hereby are, **dismissed, with prejudice**; and

    * that plaintiff's remaining state law tort claims against

said defendants should be, and they hereby are, **dismissed, without prejudice.**

**IT IS SO ORDERED.**

>　/s/ Jimm Larry Hendren
>　JIMM LARRY HENDREN
>　UNITED STATES DISTRICT JUDGE